In re VIETOR et al. (Circuit Court of Appeals, Second Circuit. March 13, 1900.) No. 131. Petition to Review Order of the District Court of the United States for the Southern District of New York. Sidney H. Stuart, for petitioner. Alex. Blumensteil, for respondent. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Order modified in open court. See 38 C. C. A. 701, 97 Fed. 989.

---

WESTENFELDER v. GREEN et al. (Circuit Court of Appeals, Ninth Circuit. January 8, 1900.) No. 423. Appeal from the Circuit Court of the United States for the District of Oregon. Dismissed upon consent of counsel for appellant. See (C. C.) 76 Fed. 925; (C. C.) 78 Fed. 892; 31 C. C. A. 596, 87 Fed. 1006; 33 C. C. A. 689, 91 Fed. 1006.

---

WESTERN RY. OF ALABAMA v. LAW. (Circuit Court of Appeals, Fifth Circuit. February 12, 1900.) No. 854. In Error to the Circuit Court of the United States for the Northern District of Georgia. Geo. P. Harrison, for plaintiff in error. Hoke Smith, for defendant in error. Dismissed on stipulation of counsel. See (C. C.) 91 Fed. 817.